UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:

                                Chapter 11

DAVID STUART GOLDMAN aka DAVE GOLDMAN,

Case no. 25-22752-kyp

                              Debtor.

-----------------------------------------------------------x

# EX PARTE MOTION TO REOPEN REORGANIZATION CASE PURSUANT TO THE RULE 5010 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

David S. Goldman, debtor-in-possession, hereby states:

1. On August 11th, 2025 I filed a voluntary petition for relief from creditors under Chapter 11 of the Bankruptcy Code.

2. On the 27th of October in 2025, an installment payment pursuant to the Order to Pay the Filing Fee in Installments came due in the amount of $467.83. I did not submit the payment to the court on the day it was due. Therefore, I was served with a notice of hearing pertaining to case dismissal due to the missing filing fee to be held on the 20th of November. The filing fee was paid the week of this hearing via money order in White Plains, NY.

3. The debtor was unable to attend this hearing for dismissal based on an emergency. Mr. Goldman's office rendered proof via email, and the case was dismissed at this hearing, with the case conference being stricken moot.

4. The debtor-in-possession believes that due to this clerical error, and the fact the continuation of this reorganization case is in the best interests of his creditors, he pleads to the Bankruptcy Court for the reopening of the bankruptcy case.

5. Pending the reopening the case, Mr. Goldman will file additional motions, schedule, and fees immediately that are vital to the continuation of this case. Mr. Goldman also requests that the case conference be rescheduled in the most efficient and timely manner as it pleases the court and all interested parties.

_____
David Stuart Goldman

On this day, the 21st of November, 2025.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

                                                                              Chapter 11

DAVID STUART GOLDMAN aka DAVE
GOLDMAN,

Case no. 25-22752-kyp

                                                Debtor.
-----------------------------------------------------------x

# ORDER GRANTING EX PARTE MOTION TO REOPEN REORGANIZATION CASE PURSUANT TO THE RULE 5010 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon consideration of the Debtor's Ex Parte Motion to Reopen Reorganization Case Pursuant to Rule 5010 of the Federal Rules of Bankruptcy Procedure (the "Motion"), and the Court having found good cause to grant the relief requested therein; and the Court having determined that reopening this Chapter 11 case is in the best interests of the Debtor and creditors; it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the above-captioned Chapter 11 case is hereby REOPENED; and it is further

ORDERED, that the Clerk of the Court shall reinstate the case to the Court's active docket; and it is further

ORDERED, that the Debtor shall file any outstanding schedules, motions, fees, or other required documents as represented in the Motion without unnecessary delay;

Dated: _November 21, 2025_                                                                   HON. Kyu. Y. Paek

Poughkeepsie, NY                                                                        United States Bankruptcy Judge