UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

IN RE:

David Stuart Goldman aka
Dave Goldman,

                                Debtor.

-------------------------------------------------------------x

CASE NO.: 25-22752-kyp

CHAPTER 11

Hon. Kyu Young Paek

### ORDER DENYING DEBTOR'S MOTION TO REOPEN HIS CHAPTER 11 CASE

      Debtor having filed a motion at Docket Number 37 on November 24, 2025 to reopen the above captioned Chapter 11 case and PennyMac Loan Services, LLC having filed opposition to said motion at Docket Number 42; and a hearing having been held on December 18, 2025 and Debtor having appeared *pro* se and PennyMac Loan Services, LLC having appeared through Frenkel, Lambert, Weisman & Gordon, LLP and the United States Trustee having appeared and the Court having considered the arguments of the parties, and after due deliberation and for the reasons stated on the record, it is

      **ORDERED** that the Debtor's motion to reopen his Chapter 11 Case is denied.



**Dated: December 18, 2025**
**Poughkeepsie, New York**

**/s/ Kyu Y. Paek**
_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**